David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Steven K. Hwang, Bar No. 216852
SKHwang@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Lauren Watts Staniar, *pro hac vice*
LStaniar@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Defendants*
*Reckitt Benckiser LLC and RB Health (US) LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THOMAS MATTHEWS, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> RECKITT BENCKISER LLC and RB HEALTH (US) LLC, <br><br> Defendants. | Case No. 1:20-cv-00854-NONE-EPG <br><br> **DEFENDANTS' MOTION AND NOTICE OF MOTION TO DISMISS CLASS ACTION COMPLAINT** <br><br> District Judge:  NONE <br> Hearing Date:  October 9, 2020 <br> Hearing Location: Courtroom #4, 7th Floor |

**NOTICE OF MOTION AND MOTION**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 9, 2020, at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of Judge Lawrence J. O'Neill (Ret.), located in the Robert E. Coyle United States Courthouse at 2500 Tulare Street, Courtroom Four, Seventh Floor, Fresno, CA 93721, Defendants Reckitt Benckiser LLC and RB Health (US) LLC (collectively, "RB Health") will and hereby do move pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) to dismiss Plaintiff's Complaint ("Compl.").

This motion is made on the following grounds: Plaintiff Thomas Matthews argues that advertising claims relating to RB Health's Neuriva brain health supplement are false or misleading because there is insufficient scientific support for them. But California courts have long recognized that private plaintiffs may not demand substantiation for advertising claims; a plaintiff states a claim under California's consumer protection laws only if he alleges that the advertising is affirmatively false. Plaintiff entirely fails to meet this burden here, and his Complaint should be dismissed.

Separately, many of Plaintiff's claims are preempted under the Nutrition Labeling and Education Act because they seek to impose standards on RB Health that are inconsistent with federal law. And Plaintiff's challenge to Clinically Proven claims fails under the reasonable consumer standard because no reasonable consumer would adopt Plaintiff's idiosyncratic interpretation of this phrase. Plaintiff's unjust enrichment claim rises and falls with his statutory claims. Finally, Plaintiff lacks standing to seek injunctive relief because he does not plausibly allege he intends to purchase the Neuriva products in the future.

For these reasons, RB Health respectfully requests the Court dismiss Plaintiff's Complaint in full.

Undersigned counsel for RB Health certifies that she met and conferred with Plaintiff's counsel regarding the substance of the Motion on September 8, 2020. Counsel discussed the grounds for the motion and the accompanying request for judicial notice. Counsel were unable to resolve the basis of the Motion or request for judicial notice during the meet and confer.

| | |
|---|---|
| DATED: September 8, 2020 | **PERKINS COIE LLP** |
| | By: */s/ Lauren Watts Staniar* |
| | David T. Biderman, Bar No. 101577<br>DBiderman@perkinscoie.com<br>Steven K. Hwang, Bar No. 216852<br>SHwang@perkinscoie.com<br>Lauren Watts Staniar, *pro hac vice*<br>LStaniar@perkinscoie.com |
| | *Attorneys for Defendants<br>Reckitt-Benckiser LLC and RB Health (US) LLC* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 8, 2020, I caused to be filed via the CM/ECF system true and correct copies of the following documents and that the service of these documents was accompanied on all parties in the case by CM/ECF system.

*/s/ Lauren Watts Staniar*
Lauren W. Staniar, *pro hac vice*
LStaniar@perkinscoie.com