1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11  THOMAS MATTHEWS, *individually and*         No. 1:20-cv-00854-NONE-EPG
    *on behalf of all others similarly situated*,

12                      Plaintiff,              ORDER APPROVING STIPULATION TO
                                                SET BRIEFING SCHEDULE FOR
13  v.                                          DEFENDANTS' MOTION TO DISMISS;
                                                VACATING HEARING DATE

14  RECKITT BENCKISER LLC and                   (Doc. No. 32)
    RB HEALTH (US) LLC,

15

16                      Defendants.

17

18          Having considered the parties' stipulation (Doc. No. 32), styled as a motion, regarding the

19  briefing schedule for the pending motion to dismiss (Doc. No. 29), and good cause appearing, the

20  stipulation is approved.  Plaintiff's opposition is due October 16, 2020; defendants' reply is due

21  October 30, 2020.  However, the parties are reminded that pursuant to the standing order re

22  judicial emergency (Doc. No. 3-2), upon the expiration of the reply date, the matter will be taken

23  under submission on the papers.  The hearing on the motion to dismiss is therefore VACATED.

24  IT IS SO ORDERED.

25      Dated:   **September 22, 2020**            _____
                                                   UNITED STATES DISTRICT JUDGE

26

27

28

                                                      ORDER GRANTING CONSENTED TO
                        -1-               MOTION TO SET BRIEFING SCHEDULE FOR
                                                          MOTION TO DISMISS