David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Steven K. Hwang, Bar No. 216852
SKHwang@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Lauren Watts Staniar, *pro hac vice*
LStaniar@perkinscoie.com
Charles Sipos, *pro hac vice pending*
CSipos@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Defendants
Reckitt Benckiser LLC and RB Health (US) LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THOMAS MATTHEWS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER LLC and RB HEALTH (US) LLC,<br><br>Defendants. | Case No. 1:20-cv-00854-NONE-EPG<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**<br><br>District Judge:     NONE<br>Hearing Date:     January 22, 2021<br>Hearing Location: Courtroom #4, 7th Floor |

| | |
|---|---|
| 1 | NOTICE IS HEREWITH GIVEN that on January 22, 2021, as soon as the matter may be heard in the courtroom of Judge Lawrence J. O'Neill (Ret.), located in the Robert E. Coyle United States Courthouse at 2500 Tulare Street, Courtroom Four, Seventh Floor, Fresno, CA 93721, Defendants Reckitt Benckiser LLC and RB Health (US) LLC (collectively, "RB Health") will move pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) to dismiss Plaintiff's Amended Class Action Complaint (the "Motion," ECF No. 38). |

NOTICE IS HEREWITH GIVEN that on January 22, 2021, as soon as the matter may be heard in the courtroom of Judge Lawrence J. O'Neill (Ret.), located in the Robert E. Coyle United States Courthouse at 2500 Tulare Street, Courtroom Four, Seventh Floor, Fresno, CA 93721, Defendants Reckitt Benckiser LLC and RB Health (US) LLC (collectively, "RB Health") will move pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) to dismiss Plaintiff's Amended Class Action Complaint (the "Motion," ECF No. 38).

Notice is further given that pursuant to Local Rule 230(c), opposition, if any, to the Motion must be in writing and must be served to counsel identified on this caption page, pursuant to and in accordance with the Local Rules, and filed with this Court at least fourteen (14) days preceding the date or continued date of the hearing. If there is no opposition to the Motion, the responding party shall serve and file a statement to that effect. Please note that the failure to timely file a written opposition may be deemed a waiver of any opposition to granting of the Motion. Unless good cause is shown, no party will be heard in opposition to a motion at oral argument if written opposition has not been timely filed.

This Notice of Hearing is based on the Motion (ECF No. 38), Memorandum of Points and Authorities (ECF No. 38-1), Request for Judicial Notice (ECF No. 38-2), and Declaration of David T. Biderman in support thereof (ECF Nos. 38-3, 38-4), all pleadings, papers and records on file with the Court and such other evidence as may be presented to this Court with respect to this Motion.

| | |
|---|---|
| DATED:  December 8, 2020 | **PERKINS COIE LLP** |
| | By: */s/ David T. Biderman* |
| | David T. Biderman, Bar No. 101577<br>DBiderman@perkinscoie.com<br>Steven K. Hwang, Bar No. 216852<br>SHwang@perkinscoie.com<br>Lauren Watts Staniar, *pro hac vice*<br>LStaniar@perkinscoie.com<br>Charles Sipos, *pro hac vice pending*<br>CSipos@perkinscoie.com |
| | *Attorneys for Defendants*<br>*Reckitt-Benckiser LLC and RB Health (US) LLC* |

-2-

Case No. 1:20-cv-00854-NONE-EPG
NOTICE OF HEARING

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 8, 2020, I caused to be filed via the CM/ECF system true and correct copies of the following documents and that the service of these documents was accompanied on all parties in the case by CM/ECF system.

*/s/ David T. Biderman*
David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com