1  Alex R. Straus (SBN 321366)
   **GREG COLEMAN LAW PC**
2  16748 McCormick Street
3  Los Angeles, CA 91436
   T: 917-471-1894
4  alex@gregcolemanlaw.com

5  *Attorneys for Plaintiff*

6  [Names and addresses of additional Counsel for Plaintiffs on Signature Page]

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA
                                Fresno Division
10

| | |
|---|---|
| THOMAS MATTHEWS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER LLC and RB HEALTH (US) LLC,<br><br>Defendants. | Case No. 1:20-CV-00854-NONE-EPG<br><br>**JOINT STIPULATION TO STAY THE CASE** |

**WHEREAS**, Defendants Reckitt Benckiser LLC and RB Health (US) LLC ("RB") filed a Motion to Dismiss Plaintiff's Amended Class Action Complaint (Dkt. 38, the "Motion");

**WHEREAS**, Plaintiff's opposition to the Motion is currently due January 8, 2021;

**WHEREAS**, Plaintiff's case is one of three related class actions pending, the others being *Williams,* et al. *v. Reckitt Benckiser LLC,* et al., 1:20-cv-23564 (S.D. Fla.) (the "Florida Action"), and *Angeles v. Reckitt Benckiser LLC,* et al., 1:20-cv-07138 (S.D.N.Y.) (the "New York Action");

**WHEREAS**, on October 2, 2020 and November 30, 2020, the parties participated in voluntary mediation sessions with Jill Sperber of Judicate West Alternative Dispute Resolution. Following these mediation sessions, the parties reached an agreement on all substantive terms of a

1  JOINT STIPULATION TO STAY

nationwide class settlement in the Florida Action, that will encompass all of the claims, parties, and proposed class members in this Action, the New York Action, and the Florida Action;

**WHEREAS**, the parties are finalizing the Settlement Agreement and related documentation that they anticipate executing and presenting for preliminary approval by the court in the Florida Action by January 15, 2021, approval of which will result in the voluntary dismissal of this action by Plaintiffs' counsel in furtherance of the class settlement;

**WHEREAS**, the parties jointly request a one hundred twenty (120) day stay in this action to permit the completion and execution of the Settlement Agreement;

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by and through their undersigned counsel of record, subject to the Court's approval, that the Court may enter its order as follows:

1. The case, including Plaintiff's opposition to Defendants' Motion, the Initial Scheduling Conference, and all other pending deadlines, is stayed for one hundred twenty (120) days from the date of this Stipulation, until May 10, 2021, pending further order of the Court;

2. The Parties shall provide a status report to the Court in one hundred (100) days from the date of this Stipulation, until April 19, 2021.

Dated: January 7, 2021                    Respectfully submitted,

                                             By:   /s/Alex R. Straus
                                                  Alex R. Straus (SBN 321366)
                                                  **GREG COLEMAN LAW PC**
                                                  16748 McCormick Street
                                                  Los Angeles, CA 91436
                                                  T: 917-471-1894
                                                  alex@gregcolemanlaw.com

                                                  Adam A. Edwards (*pro hac vice*)
                                                  Rachel Soffin (*pro hac vice*)
                                                  Jonathan B. Cohen (*pro hac vice*)
                                                  William A. Ladnier (SBN 330334)

**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
adam@gregcolemanlaw.com
rachel@gregcolemanlaw.com
jonathan@gregcolemanlaw.com
will@gregcolemanlaw.com

Daniel K. Bryson (*pro hac vice*)
Martha A. Geer (*pro hac vice*)
Patrick M. Wallace (*pro hac vice*)
**WHITFIELD BRYSON LLP**
900 West Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: 919-600-5035
dan@whitfieldbryson.com
martha@whitfieldbryson.com
pat@whitfieldbryson.com

Matthew D. Schultz (*pro hac vice*)
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, PA**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140
mschultz@levinlaw.com

Nick Suciu*
**BARBAT, MANSOUR, & SUCIU PLLC**
1644 Bracken Rd.
Bloomfield Hills, MI 48302
Telephone: (313) 303-3472
nicksuciu@bmslawyers.com

*Applications *pro hac vice* to be submitted

*Attorneys for Plaintiff and the Class*

David T. Biderman
Steven K. Hwang.
**PERKINS COIE LLP**
1888 Century Park East

3   JOINT STIPULATION TO STAY

Suite 1700
Los Angeles, CA 90067
Telephone: 310.788.9900
dbiderman@perkinscoie.com
skhwang@perkinscoie.com

Lauren Watts Stanair (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
lstaniar@perkinscoie.com

***Attorneys for Defendants***

4   JOINT STIPULATION TO STAY