UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MATTHEWS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>RECKITT BENCKISER LLC, *et al.*,<br><br>Defendants. | Case No. 1:20-cv-00854-NONE-EPG<br><br>ORDER GRANTING JOINT STIPULATION TO STAY THE CASE<br><br>(ECF No. 42) |

The Court, having received and reviewed the parties' Joint Stipulation to Stay the Case (ECF No. 42), and for good cause shown,

IT IS ORDERED that this case is stayed until and including May 10, 2021. All deadlines are stayed and all scheduled hearings and status conferences, including the Initial Scheduling Conference currently set for April 6, 2021, are vacated to be reset by the Court if necessary. The parties shall either file a status report or appropriate dismissal documents on or before May 10, 2021.

IT IS SO ORDERED.

Dated:  **January 11, 2021**         /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

1