UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MATTHEWS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER LLC, et al.,<br><br>Defendants. | Case No. 1:20-cv-00854-NONE-EPG<br><br>ORDER RE: JOINT STATUS REPORT<br><br>(ECF No. 44) |

On January 7, 2021, the parties filed a stipulation to stay this case. (ECF No. 42.) According to the stipulation, the parties participated in a voluntary mediation session and reached an agreement to settle a related case pending in the Southern District of Florida that would resolve this case, the Florida case, and a third case pending in the Southern District of New York. (*Id.*) The parties requested a 120-day stay of this action to allow them to finalize a settlement agreement and seek preliminary approval of the settlement in the Southern District of Florida. (*Id.*)

On January 11, 2021, the Court granted the stipulation and stayed the case until and including May 10, 2021. (ECF No. 43.) The Court directed the parties to file a status report or appropriate dismissal documents on or before May 10, 2021. (*Id.*)

///

1

| | |
|---|---|
| 1 | The parties filed a joint status report on May 10, 2021, stating that the Southern District of Florida granted plaintiffs' motion for preliminary approval and a final approval hearing is scheduled for August 17, 2021. (ECF No. 44.) |

The parties filed a joint status report on May 10, 2021, stating that the Southern District of Florida granted plaintiffs' motion for preliminary approval and a final approval hearing is scheduled for August 17, 2021. (ECF No. 44.)

The stay expired on May 10, 2021, and the parties' joint status report did not address whether they request a further stay of this case or whether they intend to continue briefing the currently-pending motions to dismiss. (*See* ECF Nos. 29, 38.)

Accordingly, IT IS HEREBY ORDERED that, within seven (7) days of entry of this order, the parties shall file a response indicating whether they request a further stay of this case and, if so, a proposed duration of the stay. Alternatively, the parties shall submit proposed deadlines for filing oppositions and replies to the pending motions to dismiss for the District Judge's consideration.

IT IS SO ORDERED.

Dated: **May 11, 2021**          /s/ Eric P. Groj
                                  UNITED STATES MAGISTRATE JUDGE