Alex R. Straus (SBN 321366)
**GREG COLEMAN LAW PC**
16748 McCormick Street
Los Angeles, CA 91436
T: 917-471-1894
alex@gregcolemanlaw.com

*Attorneys for Plaintiff*

[Names and addresses of additional Counsel for Plaintiffs on Signature Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MATTHEWS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER LLC and RB HEALTH (US) LLC,<br><br>Defendants. | Case No. 1:20-CV-00854-NONE-EPG<br><br>**SUPPLEMENTAL JOINT STATUS REPORT** |

Plaintiff Thomas Matthews ("Plaintiff") and Defendants Reckitt Benckiser LLC and RB Health (US) LLC submit this Supplemental Joint Status Report in accordance with the Court's Order Re: Joint Status Report. ECF No. 45 ("Order re: Joint Status Report").

The Parties filed a Joint Status Report on May 10, 2021, stating that the Southern District of Florida had granted Plaintiffs' Motion for Preliminary Approval and had correspondingly set a Final Approval Hearing presently scheduled for August 17, 2021. ECF No. 44. This Court, in its Order re: Joint Status Report, noted that the stay of this case had expired on May 10, 2021, and requested that the Parties file a supplemental response "indicating whether they request a further stay of this case, and if so, a proposed duration of the stay," or in the alternative, "submit proposed deadlines for filing oppositions and replies to the pending motions to dismiss." ECF No. 45 at 1-2.

The Parties hereby request a further stay of the case until August 24, 2021, which is seven (7) calendar days after the currently-scheduled Final Approval Hearing in the Southern District of Florida action. The Parties agree that there is good cause for further extension of the current stay until such time, as the approval of the pending settlement in that jurisdiction will result in the voluntary dismissal of this action. *See* ECF No. 42 at 2. Given the status of the pending settlement and the resulting effect if approved, as well as the Parties' joint request for a further extension of the stay in this matter, the Parties do not propose deadlines for responses to Reckitt's pending Motion to Dismiss (ECF No. 38) at this time.

Dated: May 18, 2021                              Respectfully submitted,

                                                          By:   /s/ Alex R. Straus
                                                                   Alex R. Straus (SBN 321366)
**GREG COLEMAN LAW PC**
16748 McCormick Street
Los Angeles, CA 91436
T: 917-471-1894
alex@gregcolemanlaw.com

Adam A. Edwards (*pro hac vice*)
Rachel Soffin (*pro hac vice*)
Jonathan B. Cohen (*pro hac vice*)
William A. Ladnier (SBN 330334)
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
adam@gregcolemanlaw.com
rachel@gregcolemanlaw.com
jonathan@gregcolemanlaw.com
will@gregcolemanlaw.com

Daniel K. Bryson (*pro hac vice*)
Martha A. Geer (*pro hac vice*)
Patrick M. Wallace (*pro hac vice*)
**WHITFIELD BRYSON LLP**
900 West Morgan Street

Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: 919-600-5035
dan@whitfieldbryson.com
martha@whitfieldbryson.com
pat@whitfieldbryson.com

Matthew D. Schultz (*pro hac vice*)
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, PA**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140
mschultz@levinlaw.com

Nick Suciu (*pro hac vice*)
**BARBAT, MANSOUR, & SUCIU PLLC**
1644 Bracken Rd.
Bloomfield Hills, MI 48302
Telephone:(313) 303-3472
nicksuciu@bmslawyers.com

*Attorneys for Plaintiff and the Class*

David T. Biderman
Steven K. Hwang
**PERKINS COIE LLP**
1888 Century Park East
Suite 1700
Los Angeles, CA 90067
Telephone: 310.788.9900
dbiderman@perkinscoie.com
skhwang@perkinscoie.com

Lauren Watts Staniar (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
lstaniar@perkinscoie.com

*Attorneys for Defendants*

3      JOINT STATUS REPORT