UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MATTHEWS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER LLC, et al.,<br><br>Defendants. | Case No. 1:20-cv-00854-NONE-EPG<br><br><br>ORDER GRANTING JOINT REQUEST TO STAY THE CASE<br><br>(ECF No. 46) |

On January 7, 2021, the parties filed a stipulation to stay this case. (ECF No. 42.) According to the stipulation, the parties participated in a voluntary mediation session and reached an agreement to settle a related case pending in the Southern District of Florida that would resolve this case, the Florida case, and a third case pending in the Southern District of New York. (*Id.*) The parties requested a 120-day stay of this action to allow them to finalize a settlement agreement and seek preliminary approval of the settlement in the Southern District of Florida. (*Id.*)

On January 11, 2021, the Court granted the stipulation and stayed the case until and including May 10, 2021. (ECF No. 43.) The Court directed the parties to file a status report or appropriate dismissal documents on or before May 10, 2021. (*Id.*)

///

1

The parties filed a joint status report on May 10, 2021, stating that the Southern District of Florida granted plaintiffs' motion for preliminary approval and a final approval hearing is scheduled for August 17, 2021. (ECF No. 44.) However, the stay had expired on May 10, 2021, and the parties' joint status report did not address whether they requested a further stay of this case or whether they intended to continue briefing the currently-pending motions to dismiss. (*See* ECF Nos. 29, 38.) Accordingly, the Court entered an order on May 11, 2018, directing the parties to file a response indicating whether they request a further stay and, if so, the proposed duration of the stay. (ECF No. 45.)

On May 18, 2021, the parties filed a joint status report requesting a further stay of the case until August 24, 2021, which is seven calendar days after the currently-scheduled final approval hearing in the Southern District of Florida. (ECF No. 46.)

Accordingly, having reviewed the parties' joint request, and for good cause shown, IT IS HEREBY ORDERED that this case is stayed until and including August 24, 2021. The parties shall either file a status report or appropriate dismissal documents on or before August 24, 2021.

IT IS SO ORDERED.

Dated: **May 19, 2021**

/s/ Eric P. Grosj

UNITED STATES MAGISTRATE JUDGE