UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MATTHEWS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER LLC, et al.,<br><br>Defendants. | Case No. 1:20-cv-00854-NONE-EPG<br><br>ORDER GRANTING JOINT REQUEST TO CONTINUE STAY<br><br>(ECF No. 53) |

On January 7, 2021, the parties filed a stipulation to stay this case. (ECF No. 42.) According to the stipulation, the parties participated in a voluntary mediation session and reached an agreement to settle a related case pending in the Southern District of Florida that would resolve this case, the Southern District of Florida case, and a third case pending in the Southern District of New York. (*Id.*) The parties requested a stay of this action to allow them to finalize a settlement agreement and seek approval of the settlement in the Southern District of Florida. (*Id.*) Before the Court is the parties' Joint Status Report, filed on October 19, 2021, requesting to continue the stay. (ECF No. 53.) This is the parties' fourth request to extend the stay. (*See* ECF Nos. 44, 45, 46, 47, 50, 51.)

According to the October 19, 2021 Joint Status Report, Magistrate Judge Goodman held a final approval hearing in the Southern District of Florida on August 17, 2021. (ECF No. 53.) The

1

matter was taken under advisement and the parties submitted supplemental briefing on September 29, 2021. (*Id.*) Magistrate Judge Goodman will be issuing a Report and Recommendation on referral rather than a dispositive order, and District Judge Marcia G. Cooke will make the final decision regarding final approval of the class action settlement. (*Id.*) The parties request to continue the stay through December 14, 2021, in order to allow time for Magistrate Judge Goodman to issue a Report and Recommendation and for District Judge Goode to issue a final order. (*Id.*)

Having reviewed the parties' joint request, and in light of the status of the Southern District of Florida action, the Court will extend the stay in this case until a district judge issues a final order on the motion for approval of the class action settlement in the Southern District of Florida action.

Accordingly, IT IS HEREBY ORDERED that this case is stayed until a district judge issues a final order on the motion for approval of the class action settlement in the Southern District of Florida action. The parties shall either file a status report or appropriate dismissal documents in this case within seven (7) days of the date the district judge's order is issued.

IT IS SO ORDERED.

Dated:   **October 21, 2021**                    /s/ *Erica P. Grosjean*
                                                 UNITED STATES MAGISTRATE JUDGE