UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MATTHEWS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECKIT BENCKISER LLC, et al.,<br><br>Defendants. | Case No. 1:20-cv-00854-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>(ECF No. 58) |

On April 29, 2022, Plaintiff filed a notice voluntarily dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 58.) Therefore, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *see also Valanzuela v. Mauser USA, LLC,* 2021 WL 916412, at *1 (E.D. Cal. Mar. 10, 2021) (dismissing class action pursuant to Rule 41(a)(1)(A) where class had not been certified and dismissal was without prejudice). Accordingly, the Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

Dated: **May 2, 2022**              /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1